IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHIRLEY BAILEY**                                                              **PLAINTIFF**

v.                              No. 4:14-cv-325-DPM

**UNITED STATES OF AMERICA,**
Department of the Treasury and
Internal Revenue Service                                          **DEFENDANTS**

ORDER

The Court appreciates the joint status report, № 87. In the circumstances, the Court will enter judgment, but retain jurisdiction for a period to resolve any issues that arise in consummating the proposed settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2017