IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHIRLEY BAILEY**                                                                                 **PLAINTIFF**

v.                                No. 4:14-cv-325-DPM

**UNITED STATES OF AMERICA,**
Department of the Treasury and
**Internal Revenue Service**                                        **DEFENDANTS**

### ORDER

In response to the Court's Order of earlier today, № 88, the lawyer for the United States telephoned chambers and informally advised the Court that the proposed settlement has been approved by all necessary officials at the Department of Justice. The Court will therefore withhold judgment and give the parties time to consummate their deal. Jointly proposed papers with all the details about how we can bring this matter to a conclusion on the docket due by 16 June 2017.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2017