IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHIRLEY BAILEY                                                    PLAINTIFF

v.                              No. 4:14-cv-325-DPM

UNITED STATES OF AMERICA,
Department of the Treasury and
Internal Revenue Service                                        DEFENDANTS

ORDER

1. The Court notes and approves the parties' stipulation for entry of judgment, № 90. It grows out of the parties' confidential settlement agreement made on the record in March before Magistrate Judge Ray. The Court will enter judgment, in its preferred form, that tracks the substance of the parties' stipulation.

2. Two loose ends. First, the transcript of the deal probably needs to be certified and filed under seal—so the record is complete in case some dispute arises later about the terms of the deal. Second, Bailey's complaint needs to be dismissed to clear the docket. The Court tentatively concludes that this dismissal should be with prejudice, but welcomes the parties' views. Joint report on loose ends due by 23 June 2017.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

16 June 2017