# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SHIRLEY BAILEY                                           PLAINTIFF/
                                                COUNTER-DEFENDANT

v.                            No. 4:14-cv-325-DPM

UNITED STATES OF AMERICA,
Department of the Treasury and                           DEFENDANT/
Internal Revenue Service                          COUNTER-CLAIMANT

## JUDGMENT

The Court enters judgment on the counter-claim in favor of the United States and against Shirley Bailey for unpaid liabilities assessed against her under 26 U.S.C. § 6672 for the first, second, third, and fourth quarters of 2007 and the first, second, and third quarters of 2008, in the amount of $500,000, plus interest at the rate provided by law and other statutory additions accruing from and after May 24, 2017. Bailey's complaint is dismissed with prejudice. Each party shall bear its respective costs, including attorney's fees and other costs associated with this litigation.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 June 2017